UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KEVIN CASEY, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>KELLY SERVICES, a corporation; et al.,<br><br>    Defendants. | Case No:  C 08-04370 SBA<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

The Court having been notified of the settlement of this action (Docket 32), and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.  In the event that the settlement is not reached, any party may move to reopen the case and the trial will be scheduled, provided that such motion within 60 days of the date this order is filed.  All scheduled dates are VACATED.  The Clerk shall terminate any pending matters.

IT IS SO ORDERED.

Dated: April 24, 2009

_____
Hon. Saundra Brown Armstrong
United States District Judge